UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RYAN D. MURPHY, BETHANY D. MURPHY, INFANT ONE, and INFANT TWO

*Plaintiffs,*

v.

TOWN OF GREECE,
MICHELLE MARINI,
KARLEE BOLANOS,
BOLANOS LOWE, PLLC,
JENNIFER MORALES,
TRACY CASS and CASS MORALES INVESTIGATIVE SERVICES, LLC,

*Defendants.*

**NOTICE OF MOTION**

Case No.: 6:25-cv-06041

UNITED STATES DISTRICT COURT
FILED
JUL 23 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

**PLEASE TAKE NOTICE** that upon delivery of the documents for which sealing is sought the Plaintiffs will move this Court before the Hon. Mark W. Pederson, United States District Judge, at the United States District Court for the Western District of New York located at the Kenneth B. Keating Federal Building, 100 State Street, Rochester, NY 14614 at a date and time to be determined by the Court for an Order pursuant to **Fed. R. Civ. P. 5.2**, Privacy Protection for Filings Made with the Court that a filing be made under seal without redaction and for such other and further relief as the Court deems just and proper.

Michael G. Bass, Esq.
Abrams Fensterman, LLP
54 State Street, Ste 803
Albany, NY 14612